ALICIA M. CRACKNELL, Appellant, *v.* LONG ISLAND LIGHTING COMPANY, Respondent.

(Argued October 8, 1936; decided October 23, 1936.)

*E. Judge Skelly* and *John C. Judge* for appellant.
*Philip Huntington* and *David S. Hill, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.